## EUGENE HARRISON V. STATE

No. 28,716. January 23, 1957.
On Appellant's Motion for Rehearing March 6, 1957.

*James E. Faulkner*, Coldspring, for appellant.

*Leon Douglas*, State's Attorney, Austin, for the state.

BELCHER, Judge.

The conviction upon a plea of guilty is for unlawfully carrying a pistol; the punishment, a fine of $200.

No evidence was offered at the trial.

There are no bills of exception, formal or informal.

Appellant here complains that the trial judge considered matters not offered as evidence in the case which had weight with him in fixing the penalty assessed. He relies upon testimony of the trial judge on the hearing of his motion for new trial.

The complaint here raised is not found in said motion. If it were, the complaint does not relate to any matter authorized to be raised by an informal bill under the provisions of Art. 760e, Vernon's Ann. C.C.P. Therefore, the matter here presented cannot be considered.

All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.

### ON MOTION FOR REHEARING

MORRISON, Presiding Judge.

Appellant has filed a forceful motion in which he relies, among other cases, on Garza v. State, 156 Texas Cr. Rep. 557, 244 S.W. 2d 817. In the Garza case, the amended motion for new trial alleged the jury misconduct upon which we reversed the conviction. In the case at bar, no mention was made in the motion for new trial of the grounds upon which the appellant now prays for a reversal. The grounds which he did allege were not supported at the hearing.

Remaining convinced that we properly disposed of this case originally, appellant's motion for rehearing is overruled.